United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Martin Kuntz and Steve Binns,<br>Plaintiffs,<br><br>v.<br><br>Knauf GIPS, KG, and Knauf<br>Plasterboard (Tianjin) Co., Ltd.,<br>Defendants. | Civil Action No. 21-24213-Civ-Scola |

### Order

Upon an independent review of the record, the Court notes that only Knauf GIPS KG and Knauf Plasterboard (Tianjin) Co. Ltd. are named Defendants in this action. (*See* Am. Compl., ECF No. 5.)

Accordingly, the Court **directs** the Clerk to **terminate** Defendants Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf GIPS; and Knauf New Building System (Tianjin) Co. Ltd. from this case.

**Done and ordered**, in chambers in Miami, Florida on April 5, 2022.

_____
Robert N. Scola, Jr.
United States District Judge